No. 249. Woods, Court Trustee, v. Indemnity Insurance Co.; and

No. 250. Same v. Granada Apartments, Inc., et al. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. Justice Roberts took no part in the consideration and decision of this application. Mr. Justice Black and Mr. Justice Douglas are of the opinion that the petition for writs of certiorari should be granted. *Mr. Weightstill Woods* for petitioner. No appearance for respondents. Reported below: 104 F. 2d 528.

No. 58. Federal Trade Commission v. Goodyear Tire & Rubber Co. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. Justice Stone and Mr. Justice Reed took no part in the consideration and decision of this application. *Solicitor General Jackson* and *Mr. W. T. Kelley* for petitioner. *Mr. Grover Higgins* for respondent.

No. 88. Winget Kickernick Co. et al. v. S. S. Kresge Co. et al. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. Justice Stone and Mr. Justice Roberts took no part in the consideration and decision of this application. *Mr. Frank A. Whiteley* for petitioners. *Messrs. M. J. Doherty, W. E. Rumble,* and *W. H. Dannat Pell* for respondents.